# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| STEFANIE RIDGWAY, | ) | |
| | ) | Case No. 2:10-cv-66 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **NOTICE OF DISMISSAL** |
| REGENT ASSET MANAGEMENT SOLUTIONS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

Now comes the Plaintiff, STEFANIE RIDGWAY, by and through her attorneys, and hereby advises the Court that she is dismissing the above-captioned matter with prejudice, pursuant to a settlement agreement reached between the parties. Plaintiff requests that this Court retain jurisdiction over this matter solely for the purpose of enforcing the settlement agreement, should either party fail to perform any of its obligations thereunder.

Respectfully submitted,

/s/ David B. Levin
David B. Levin (0059340)
Mitchel E. Luxenburg (0071239)
Attorneys for Plaintiff
Luxenburg & Levin, LLC
23240 Chagrin Blvd., Suite 601
Beachwood, OH 44122-5452
(888) 595-9111, ext. 711 (phone)
(866) 382-0092 (facsimile)
dlevin@attorneysforconsumers.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2010, a copy of the foregoing Notice of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ David B. Levin
David B. Levin (0059340)
Attorneys for Plaintiff
Luxenburg & Levin, LLC
23240 Chagrin Blvd., Suite 601
Beachwood, OH 44122-5452
(888) 595-9111, ext. 711 (phone)
(866) 382-0092 (facsimile)
dlevin@attorneysforconsumers.com