IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Stefanie Ridgway, | : | |
| Plaintiff, | : | |
| v. | : | Case No. 2:10-cv-66 |
| Regent Asset Management Solutions, Inc., | : | JUDGE MARBLEY |
| Defendant. | : | |

ORDER

A notice of dismissal has been filed in this case. Fed.R.Civ.P. 41(a)(1) provides that in a case where an answer or a motion for summary judgment has been filed, the case can be voluntarily dismissed only by "filing a stipulation of dismissal signed by all parties who have appeared in the action." The notice of dismissal (#8) is not signed by all of the parties who have appeared in the action, or by their counsel, and it therefore does not comply with Rule 41(a)(1). Consequently, it does not have the effect of dismissing this case.

If the parties desire to have the case dismissed, they shall, within fourteen days, file a stipulation of dismissal that complies with Rule 41(a)(1). If, for some reason, the required signatures cannot be obtained, any party may file a motion for an order of dismissal under Fed.R.Civ.P. 41(a)(2).

/s/ Terence P. Kemp
United States Magistrate Judge