**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| STEFANIE RIDGWAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 2:10-cv-00066-ALM -TPK |
| vs. ) | |
| ) | |
| REGENT ASSET MANAGEMENT ) | **STIPULATION OF DISMISSAL** |
| SOLUTIONS, INC., ) | |
| ) | |
| Defendant. ) | |

Now come the Plaintiff, STEFANIE RIDGWAY, and the Defendant, REGENT ASSET MANAGEMENT SOLUTIONS, INC., and hereby advise the Court that they have stipulated that this matter shall be dismissed with prejudice, each party to assume their own costs, subject to a settlement agreement reached between the parties.  The parties request that the Court retain jurisdiction over this matter solely for the purpose of enforcing the settlement agreement should either party fail to perform its obligations thereunder.

| | |
|---|---|
| /s/ David B. Levin | /s/ Kimberly Weber Herlihy |
| David B. Levin (0059340) | Kimberly Weber Herlihy (0068668) |
| Attorney for Plaintiff | Attorney for Defendant |
| Luxenburg & Levin, LLC | Vorys Sater Seymour and Pease LLP |
| 23240 Chagrin Blvd. | 52 E. Gay Street |
| Suite 601 | P.O. Box 1008 |
| Beachwood, OH 44122 | Columbus, OH 43216-1008 |
| (888) 595-9111, ext. 711 | (614) 464-8283 |
| (866) 382-0092  facsimile | (614) 719-5021  facsimile |
| dlevin@attorneysforconsumers.com | kwherlihy@vorys.com |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 3, 2010, a copy of the foregoing Stipulation of Dismissal was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

      /s/ David B. Levin  
      David B. Levin (0059340)  
      Attorney for Plaintiff  
      Luxenburg & Levin, LLC  
      23240 Chagrin Blvd.  
      Suite 601  
      Beachwood, OH 44122  
      (888) 595-9111, ext. 711  
      (866) 382-0092  facsimile  
      dlevin@attorneysforconsumers.com